IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| vs. | : | **5:04CR44 (DF)** |
| | : | |
| | : | |
| DERRICK DUJUANA HUNT | : | |
| and ANTONIO SHERARD SMITH. | : | |

## O R D E R

Defendants Derrick Dujuana Hunt and Antonio Sherard Smith were each

convicted of two cocaine-related charges on April 21, 2005.  Following their jury

trial, Hunt and Smith timely filed separate motions for new trial and for judgment

of acquittal.  Fed. R. Crim. Proc. 29(c), 33 (West 2005).  At the time these motions

were filed, a transcript of the trial proceedings had not been prepared.  Thus, the

government moved to stay any further briefing on the matter until such time as a

transcript could be completed and filed.  On May 20, 2005, the Court granted the

government's motion.

On July 6 the transcript was filed with the Court and made a part of the

record.  Consequently, the May 20 stay is hereby **LIFTED** and the Court sets forth

the following briefing schedule:

1. Defendants shall have 20 days from the date of this Order to supplement their previously filed briefs.

2. The government shall have 10 days within which to respond.

3. Defendants shall have 5 days within which to reply.


      SO ORDERED, this 25th day of July, 2005.


           **/s/ Duross Fitzpatrick**
           DUROSS FITZPATRICK, JUDGE
           UNITED STATES DISTRICT COURT

DF/sew